WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BankFirst, a South Dakota state bank,          )<br>                                                                    )<br>           Plaintiff,                                         )<br>                                                                    )<br>vs.                                                            )<br>                                                                    )<br>Tucson Copper Hill Estates, LLC, a       )<br>Minnesota limited liability company,    )<br>et al.,                                                        )<br>                                                                    )<br>           Defendants.                                  )<br>                                                                    ) | No. CV-08-376-PHX-DGC<br><br>**ORDER** |

At the Case Management Conference on April 11, 2008, the Court inquired concerning the principal place of business for Plaintiff BankFirst. Counsel for BankFirst stated that although Plaintiff is a South Dakota corporation, its principal place of business is in Minnesota. Because the other Defendants in this case are also citizens of Minnesota, the Court lacks diversity jurisdiction. 28 U.S.C. § 1332; *see Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990) ("For purposes of diversity jurisdiction, a corporation is a citizen of any state where it is incorporated and of the state where it has its principal place of business.") (citing § 1332(c)(1)); *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 68 (1996) (§ 1332(a) "applies only to cases in which the citizenship of each plaintiff is diverse from the citizenship of each defendant.").

**IT IS ORDERED** that this case is **remanded** to Pinal County Superior Court.

DATED this 14th day of April, 2008.

_____
David G. Campbell
United States District Judge